PHILIP R. DAVIS, Plaintiff-Appellee, *v.* CHICAGO & NORTH WESTERN RAILWAY COMPANY, Defendant—(WILLIAM F. WARE, Defendant-Appellant.)

(No. 58170; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—April 22, 1974.

*Rehearing denied May 27, 1974.*

Opinion by Mr. JUSTICE BURKE.

William Ware, *pro se*.

I. Harvey Levinson, of Chicago, for appellee.

MARGARET B. MURPHY, Plaintiff-Appellee, *v.* THOMAS F. MURPHY, Defendant-Appellant.

(No. 59133;

First District (1st Division)—April 22, 1974.

Opinion by Mr. JUSTICE BURKE.